PROB 12A
(Rev. 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Daniel Collins</u>     Case Number: <u>3:04-00062-04</u>

Name of Sentencing Judicial Officer: <u>Honorable Thomas A. Wiseman, U.S. District Judge</u>

Date of Original Sentence: <u>September 26, 2005</u>

Original Offense: <u>Unlawful Carry of Destructive Device (Molotov Cocktail) During and In Relation to a Drug Trafficking Crime, 18 U.S.C. 924(c)(1)</u>

Original Sentence: <u>10 years' custody; followed by 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>September 11, 2013</u>

Assistant U.S. Attorney: <u>To be determined</u>     Defense Attorney: <u>Mariah A. Wooten</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 14 day of Jan, 2014,
and made a part of the records in the above case.

_____
Thomas A. Wiseman
U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place     Clarksville, TN

Date     January 10, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.** |

Daniel Collins tested positive for marijuana on December 3, 2013.

### Compliance with Supervision Conditions and Prior Interventions:

Daniel Collins was released to supervision on September 11, 2013. He was diagnosed with bi-polar disorder with severe depression prior to incarceration for the instant offense. He is scheduled to receive services for his mental health issues from the Mental Health Cooperative facility in Dickson, Tennessee. Mr. Collins admitted using marijuana to the probation officer prior to submitting the positive urine screen on December 3, 2013. Mr. Collins was admonished for his actions, and he indicated his willingness to participate in treatment. He will be referred to Centerstone for a substance abuse assessment and any recommended treatment. Mr. Collins is currently unemployed and resides with his sister in Charlotte, Tennessee.

### U.S. Probation Officer Recommendation:

The U.S. Probation Office is not requesting that any action be taken at this time. Mr. Collins will be required to submit to a substance abuse assessment to be followed by any recommended treatment. Random urine screens will also continue.

This case has been discussed with Assistant U.S. Attorney Jimmie Lynn Ramsaur, who agrees with the probation officer's recommendation.

Approved: _____  
Vidette Putman  
Supervisory U.S. Probation Officer